# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**FILED**
JUL 25 2003

PATTY SHWARTZ
U.S. MAG. JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | |
| ALBERT GONZALEZ | : | Mag. No. 03-3049 |

I, David Esposito, being duly sworn, state that the following is true and correct to the best of my knowledge and belief. Between on or about May 15, 2003 to on or about May 23, 2003, in Essex County, in the District of New Jersey, and elsewhere, defendant

ALBERT GONZALEZ

knowingly and with intent to defraud, possessed more than fifteen counterfeit and unauthorized access devices, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

I further state that I am a Special Agent with the United States Secret Service, and that this Complaint is based on the following facts:

SEE ATTACHMENT A

continued on the attached page and made a part hereof.

David Esposito
Special Agent
United States Secret Service

Sworn to before me and subscribed in my presence,
July 25, 2003, at Newark, New Jersey

HONORABLE PATTY SHWARTZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

## ATTACHMENT A

I, David Esposito, a Special Agent with the United States Secret Service ("Secret Service"), having conducted an investigation, spoken with other individuals, and reviewed reports, am aware of the following facts:

1. On or about July 1, 2003, the Vice President of Global Corporate Security of Chase Manhattan Bank ("Chase") contacted the Secret Service to report an apparent fraud scheme involving numerous unauthorized withdrawals, through Chase ATM machines, from accounts held by the customers of numerous other banking institutions. The Chase representative stated, in substance and in part, that suspicious unauthorized withdrawals were being made at Chase ATMs between the hours of 1:00 am and 5:00 am., and that photographs had been taken of the persons making the withdrawals.

2. On or about July 24, 2003, the New York Police Department arrested defendant ALBERT GONZALEZ outside a Chase bank located at 2219 Broadway in New York City, New York. When questioned by police, defendant ALBERT GONZALEZ, in substance and in part, told officers that he was making withdrawals at the Chase ATM. A search incident to arrest produced about $3,000 in cash and in excess of 15 counterfeit ATM cards.

3. A review of Chase ATM photographs and withdrawal records provided by Chase indicates that on or about May 15, 2003 and on or about May 23, 2003, the defendant ALBERT GONZALEZ entered the Chase office located at 17 Watchung Plaza, Montclair, Essex County, New Jersey, and made numerous unauthorized ATM withdrawals using counterfeit ATM cards. On each day, ALBERT GONZALEZ spent 20 to 40 minutes at the Chase ATM machine, and possessed and used in excess of 15 counterfeit ATM cards. In total, Chase records show that ALBERT GONZALEZ withdrew about $50,000 in cash.

4. On or about July 24, 2003, along with another agent, I interviewed defendant ALBERT GONZALEZ who stated in substance and in part, that he did possess in excess of 15 counterfeit ATM cards on each of the following days, on or about May 15, 2003, and on or about May 23, 2003, in the District of New Jersey, and on or about July 24, 2003 in New York.