UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim No. 09-626 (JBS)

UNITED STATES OF AMERICA v. <u>Albert Gonzalez - No. 25702-050, DOB 6/25/81</u>
Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. <u>Albert Gonzalez,</u> is now confined in <u>Central Falls Detention Center, Central Falls, Rhode Island</u>.

2. Said individual will be required at the <u>United States District Court</u> before the <u>Honorable Jerome B. Simandle</u> on <u>Tuesday, October 13, 2009</u> at <u>10:30 a.m.</u> for an <u>Arraignment</u> in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED: September 22, 2009

*/s/ Seth Kosto*
Assistant United States Attorney
Petitioner SETH KOSTO

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: September 22, 2009

*/s/ Jerome B. Simandle*
HONORABLE JEROME B. SIMANDLE
UNITED STATES DISTRICT JUDGE

---

WRIT OF HABEAS CORPUS: The United States of America to

<u>WARDEN, Central Falls Detention Center</u>
WE COMMAND YOU that you have the body of <u>Albert Gonzalez</u> (by whatever name called or charged) now confined in <u>Central Falls Detention Center</u> brought to the <u>United States District Court before the Honorable Peter G. Sheridan in Camden, New Jersey</u> on <u>Tuesday, October 13, 2009</u> at <u>10:30</u> am, for an <u>Arraignment</u> in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in a safe and secure manner.

WITNESS the Honorable <u>Jerome B. Simandle</u>
United States District Judge at <u>Camden</u>, NJ.

DATED:

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: */s/ Marnie Maccariella*
Deputy Clerk